June 08, 2012

Ms. Cynthia Hollingsworth
Hollingsworth Walker LLP
Campbell Centre II
8150 N. Central Expressway, Suite 100
Dallas, TX 75206
Mr. James R. Evans
Hargrove & Evans, LLP
4425 Mopac South
Building 3, Suite 400
Austin, TX 78735

RE: Case Number: 10-0683; 10-0714
 Court of Appeals Number: 10-08-00011-CV; 10-08-00012-CV
 Trial Court Number: 0522992; 0522994

Style: AHF-ARBORS AT HUNTSVILLE I, LLC AND AHF-ARBORS AT HUNTSVILLE
 II, LLC
 v.
 WALKER COUNTY APPRAISAL DISTRICT

Dear Counsel:

 Today the Supreme Court of Texas issued opinions in the above-
referenced cause. You may obtain a copy of the opinions at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367. The Motion to
Consolidate is granted.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Robyn |
| |Flowers |
| |Ms. Sharri |
| |Roessler |
| |Mr. John W. |
| |Slates |